JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATHEW J. MEADE,<br><br>        Plaintiff,<br><br>    vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 1:20-cv-00519-BAM

STIPULATION AND
ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED, by and between the parties through their respective

counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time,

from January 13, 2021 to February 12, 2021, for Plaintiff to serve on defendant with

PLAINTIFF'S OPENING BRIEF.  All other dates in the Court's Scheduling Order shall be

extended accordingly.

This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that

the requested extension is necessary due several merit briefs being due on the same week.

Counsel requires additional time to brief the issues thoroughly for the Court's consideration.

Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and

Court for any inconvenience this may cause.

Respectfully submitted,

1

1   Dated: January 7, 2021                    PENA & BROMBERG, ATTORNEYS AT LAW

2

3                                     By: */s/ Jonathan Omar Pena*
                                          JONATHAN OMAR PENA
4                                         Attorneys for Plaintiff

5

6   Dated: January 7, 2021                    MCGREGOR W. SCOTT
                                              United States Attorney
7                                             DEBORAH LEE STACHEL
                                              Regional Chief Counsel, Region IX
8                                             Social Security Administration

9

10
                                      By:  */s/ Daniel P. Talbert*
11                                        Daniel P. Talbert
                                          Special Assistant United States Attorney
12                                        Attorneys for Defendant
                                          (*As authorized by email on January 7, 2021)
13

14

15                                    **ORDER**

16        Pursuant to the parties' stipulation, and good cause appearing, Plaintiff's request for an

17   extension of time to file and serve his Opening Brief is GRANTED.  Plaintiff's Opening Brief

18   shall be filed and served on or before February 12, 2021.  All other dates in the Court's

19   Scheduling Order are extended accordingly.

20

21   IT IS SO ORDERED.

22      Dated:   **January 10, 2021**             /s/ *Barbara A. McAuliffe*

23                                            UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

                                          2